IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY COOPER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-00650 |
| | § | |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE COMPANY | § | |
| AND DAMION CAMPBELL | § | |

## NOTICE OF SETTLEMENT

COME NOW, Johnny Cooper, the plaintiff herein, and Travelers Home and Marine Insurance Company and Damion Campbell, the defendants herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

Respectfully submitted,

Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 – facsimile

/s/ Ana M. Ene
Ana M. Ene
State Bar No. 24076368
Southern District Bar No. 1259986

ATTORNEYS FOR PLAINTIFF
JOHNNY COOPER

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR TRAVELERS HOME AND MARINE INSURANCE COMPANY AND DAMION CAMPBELL

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th of June 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins
Greg C. Wilkins

2